1 | KAREN P. HEWITT
United States Attorney
2 | TOM STAHL
Assistant U.S. Attorney
3 | Chief, Civil Division
California State Bar No. 078291
4 | Office of the U.S. Attorney
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7140
6 | Thomas.Stahl@usdoj.gov

7 | Attorneys for Plaintiff

8 | **UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

9 |

10 | UNITED STATES OF AMERICA,

CIVIL CASE NO. 09 CV 2323 BEN   RBB

11 |                 Plaintiff,

12 |         v.

**COMPLAINT IN CONDEMNATION**
[With Declaration of Taking]
[40 U.S.C. §3114]

13 | EASEMENTS ON 3.2983 ACRES OF LAND,
MORE OR LESS, SITUATED IN THE CITY
14 | OF SAN DIEGO, SAN DIEGO COUNTY,
STATE OF CALIFORNIA, CITY OF SAN
15 | DIEGO, GEORGE J. MALLOY, MARIA
MALLOY, AIDA GONZALES, SAN DIEGO
16 | GAS & ELECTRIC CO., CENTRE CITY
DEVELOPMENT CORPORATION, NRG
17 | THERMAL, LLC, COX COMMUNICATIONS,
INC., VERIZON CALIFORNIA, INC.,
18 | REDEVELOPMENT AGENCY OF THE CITY
OF SAN DIEGO, HEIRS or DEVISEES OF
19 | FRANK M. PIXLEY, HEIRS or DEVISEES
OF N. STEINMETZ, HEIRS or DEVISEES
20 | OF JOHN N. KERR, SAN DIEGO MARINA I,
HEIRS or DEVISEES OF THOMAS LARSON,
21 | HEIRS or DEVISEES OF MICHAEL KEEFE,

22 |                 Defendants.

23 |

24 |         COMES NOW the Plaintiff, United States of America, by and through its counsel, Karen

25 | P. Hewitt, United States Attorney, Southern District of California, and Tom Stahl, Assistant

26 | United States Attorney, and alleges:

27 |         1.  This is an action of a civil nature brought by the United States of America at the

28 | request of Jeffrey E. Neely, Acting Regional Administrator of the United States General Services

FILED

09 OCT 19 PM 2: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1   Administration, for the taking of property under the power of eminent domain and for the

2   ascertainment and award of just compensation to the owners and parties in interest.

3      2. The authority for the acquisition of the estate in property described herein is stated

4   in Schedule "A" attached hereto and incorporated by this reference.

5      3. The public purpose for which the property is taken is stated in Schedule "B" attached

6   hereto and incorporated by this reference.

7      4. The description of the property taken is set forth in Schedule "C" attached hereto

8   and incorporated by this reference

9      5. A plan showing the property is set forth in Schedule "D" attached hereto and

10  incorporated by this reference.

11     6. The estate taken in the property is described in Schedule "E" attached hereto and

12  incorporated by this reference.

13     7. The sum estimated as just compensation for the taking is set forth in Schedule "F"

14  attached hereto and incorporated by this reference. Said sum will be deposited in the Registry

15  of the Court after this action is filed.

16     8. The names and addresses of the parties having or claiming an interest in the affected

17  property are set forth in Schedule "G" attached hereto and incorporated by this reference.

18     9. A Declaration of Taking is being filed herewith.

19     WHEREFORE, Plaintiff demands judgment that the property be condemned, and just

20  compensation for the taking be ascertained and awarded, and for such other relief as may be

21  lawful and proper.

22     DATED: October 19, 2009.          KAREN P. HEWITT
                                          United States Attorney

23

24                                       *Tom Stahl*

25                                       TOM STAHL
                                         Assistant U. S. Attorney
                                         Chief, Civil Division

26
                                         Attorneys for Plaintiff

27

28                                       - 2 -

## SCHEDULE A

The authority for the acquisition of the estate in property described herein is 40 U.S.C. § 581; 40 U.S.C. § 3114; Public Law 105-277 and Public Law 109-115, which acts appropriate funds for this acquisition.

## SCHEDULE B

The public use for which the property is taken is for the expansion, improvement and construction of new United States Courthouse space, other related purposes of the Government, and for such other use as may be authorized by Acts of Congress or by Executive Order.

<u>SCHEDULE C</u>

Description of the property:

The land which is the subject matter of this proceeding consists of six (6) parcels aggregating 3.2983 acres of land, more or less (as shown on the plans attached to this Declaration of Taking at "Schedule B") of "E", "Union", "State" and "Broadway" Streets in the City of San Diego, California.  Descriptions of the parcels are attached to this schedule as follows:

For "Union" Street:

 A. The description of the real property identified as Parcel 1 is attached to this Schedule as Exhibit I.

For "E" Street:

 A. The description of the real property identified as Parcel 2a is attached to this Schedule as Exhibit II.

 B. The description of the real property identified as Parcel 2b is attached to this Schedule as Exhibit III.

 C. The description of the real property identified as Parcel 2c is attached to this Schedule as Exhibit IV.

For "Broadway" Street:

 D. The description of the real property identified as Parcel 3 is attached to this Schedule as Exhibit V.

For "State" Street:

 E. The description of the real property identified as Parcel 4 is attached to this Schedule as Exhibit VI.

## UNION STREET BETWEEN BROADWAY AND F STREET

**PARCEL 1:**

THAT PORTION OF **UNION STREET** LYING SOUTHERLY OF THE LINE
BETWEEN THE NORTHEAST CORNER OF BLOCK 55 AND THE
NORTHWEST CORNER OF BLOCK 56, NORTHERLY OF THE LINE
BETWEEN THE SOUTHEAST CORNER OF BLOCK 42 AND THE
SOUTHWEST CORNER OF BLOCK 41, EASTERLY OF THE EASTERLY
LINES OF BLOCKS 42 AND 55 AND OF THE LINE BETWEEN THE
NORTHEAST CORNER OF BLOCK 42 AND THE SOUTHEAST CORNER OF
BLOCK 55, AND WESTERLY OF THE WESTERLY LINES OF BLOCKS 41 AND
56 AND OF THE LINE BETWEEN THE NORTHWEST CORNER OF BLOCK 41
AND THE SOUTHWEST CORNER OF BLOCK 56, ALL IN NEW SAN DIEGO,
ACCORDING TO MAP THEREOF NO. 456 MADE BY A. B. GRAY AND T. D.
JOHNS, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN
DIEGO COUNTY, CALIFORNIA.

AREA: 1.1622 ACRES

GARY A. LINTVEDT, LS 4593     1-29-2009
MY LICENSE EXPIRES 9/30/2010     DATE

EXHIBIT I TO SCHEDULE C



**E STREET WEST OF UNION STREET**

**PARCEL 2a:**

THAT PORTION OF **E STREET** (FORMERLY SIXTH STREET) LYING
SOUTHERLY OF THE SOUTHERLY LINE OF BLOCK 55, NORTHERLY OF
THE NORTHERLY LINE OF BLOCK 42, EASTERLY OF THE LINE BETWEEN
THE SOUTHWEST CORNER OF BLOCK 55 AND THE NORTHWEST
CORNER OF BLOCK 42, AND WESTERLY OF THE LINE BETWEEN THE
SOUTHEAST CORNER OF BLOCK 55 AND THE NORTHEAST CORNER OF
BLOCK 42, ALL IN NEW SAN DIEGO, ACCORDING TO MAP THEREOF NO.
456 MADE BY A. B. GRAY AND T. D. JOHNS, FILED IN THE OFFICE OF THE
COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

AREA: 0.3444 ACRES

GARY A. LINTVEDT, LS 4593                     March 5, 2009
MY LICENSE EXPIRES 9/30/2010                  DATE

EXHIBIT II TO SCHEDULE C



A PORTION OF "E" STREET
PER MAP NO. 456, NEW SAN DIEGO

BROADWAY

PARCEL AREAS:

PARCEL 2a = 0.3444 ACRES

SCALE: 1"=100'

CITY OF SAN DIEGO
FEDERAL COURTHOUSE PROJECT

| DATE: 1-29-09 | W.O. 12677 | DRFT: MC | CHK'D BY: BS |

LINTVEDT, McCOLL
& ASSOCIATES
■ PLANNING
■ CIVIL ENGINEERING
■ LAND SURVEYING

LICENSED LAND SURVEYOR
Gary A. Lintvedt
Exp. 9/30/10
No. LS 4593
CALIFORNIA

GARY A. LINTVEDT          1-29-2009
                          DATE

## E STREET EAST OF UNION STREET

**PARCEL 2b:**

THAT PORTION OF E STREET (FORMERLY SIXTH STREET) LYING
SOUTHERLY OF THE SOUTHERLY LINE OF BLOCK 56, NORTHERLY OF
THE NORTHERLY LINE OF BLOCK 41, EASTERLY OF THE LINE BETWEEN
THE SOUTHWEST CORNER OF BLOCK 56 AND THE NORTHWEST
CORNER OF BLOCK 41, AND WESTERLY OF THE LINE BETWEEN THE
SOUTHEAST CORNER OF BLOCK 56 AND THE NORTHEAST CORNER OF
BLOCK 41, ALL IN NEW SAN DIEGO, ACCORDING TO MAP THEREOF NO.
456 MADE BY A. B. GRAY AND T. D. JOHNS, FILED IN THE OFFICE OF THE
COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

AREA: 0.3444 ACRES

_____          March 5, 2009
GARY A. LINTVEDT, LS 4593                 DATE
MY LICENSE EXPIRES 9/30/2010

EXHIBIT III TO SCHEDULE C



PORTION OF "E" STREET PER
MAP NO. 456, NEW SAN DIEGO

**BROADWAY**

PARCEL AREAS:

PARCEL 2b = 0.3444 ACRES

SCALE: 1"=100'

CITY OF SAN DIEGO
FEDERAL COURTHOUSE PROJECT

| DATE:1-29-09 | W.O. 12677 | DRFT: MC | CHK'D BY: BS |

LINTVEDT, McCOLL
& ASSOCIATES

- PLANNING
- CIVIL ENGINEERING
- LAND SURVEYING

LICENSED LAND SURVEYOR
Gary A. Lintvedt
Exp. 9/30/10
No. LS 4593
CALIFORNIA

GARY A. LINTVEDT          DATE

## E STREET WEST OF FIRST AVENUE

**PARCEL 2c:**

THAT PORTION OF E STREET (FORMERLY SIXTH STREET) LYING
SOUTHERLY OF THE SOUTHERLY LINE OF BLOCK F IN HORTON'S
ADDITION ACCORDING TO THE OFFICIAL MAP THEREOF FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY,
CALIFORNIA, AND SOUTHERLY OF THE WESTERLY PROLONGATION OF
SAID SOUTHERLY LINE, NORTHERLY OF THE NORTHERLY LINE OF
BLOCK E IN HORTON'S ADDITION AND OF THE WESTERLY
PROLONGATION OF SAID NORTHERLY LINE, EASTERLY OF THE
EASTERLY LINE OF BLOCK 56 IN NEW SAN DIEGO ACCORDING TO MAP
THEREOF NO. 466 MADE BY A. B. GRAY AND T. D. JOHNS AND FILED IN
THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY,
CALIFORNIA, AND EASTERLY OF A LINE BETWEEN THE SOUTHEAST
CORNER OF BLOCK 56 AND THE NORTHEAST CORNER OF BLOCK 41,
AND WESTERLY OF A LINE THAT IS PARALLEL WITH AND 111.60 FEET
EASTERLY OF THE LINE BETWEEN THE SOUTHWEST CORNER OF BLOCK
F AND THE NORTHWEST CORNER OF BLOCK E.

AREA: 0.3425 ACRES

_GARY A. LINTVEDT, LS 4593_
MY LICENSE EXPIRES 9/30/2010

2-10-2009
DATE

LICENSED LAND SURVEYOR
GARY A. LINTVEDT
Exp. 9-30-10
No. 4593
STATE OF CALIFORNIA

EXHIBIT IV TO SCHEDULE C



A PORTION OF "E" STREET
PER MAP NO. 456, NEW SAN DIEGO AND HORTON'S ADDITION

PARCEL AREA:

PARCEL 2c = 0.3425 ACRES

SCALE: 1"=100'

CITY OF SAN DIEGO
FEDERAL COURTHOUSE PROJECT

| DATE: 2-4-09 | W.O. 12677 | DRFT: MC | CHK'D BY: BS |

LINTVEDT, McCOLL
& ASSOCIATES
■ PLANNING
■ CIVIL ENGINEERING
■ LAND SURVEYING

GARY A. LINTVEDT          DATE

LICENSED LAND SURVEYOR
Gary A. Lintvedt
Exp. 9/30/10
No. LS 4593
CALIFORNIA

**BROADWAY BETWEEN STATE STREET AND UNION STREET**

**PARCEL 3:**

ALL THAT PORTION OF THE SOUTHERLY HALF OF BROADWAY
(FORMERLY D STREET) LYING NORTHERLY OF AND ADJOINING LOTS A
AND L IN BLOCK 55 OF NEW SAN DIEGO, IN THE CITY OF SAN DIEGO,
COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP
THEREOF MADE BY GRAY AND JOHNS, FILED IN THE OFFICE OF THE
COUNTY RECORDER OF SAN DIEGO COUNTY.

AREA: 0.2870 ACRES

_____          4-27-2009
GARY A. LINTVEDT, LS 4593                     DATE
MY LICENSE EXPIRES 9/30/2010

EXHIBIT V TO SCHEDULE C



A PORTION OF BROADWAY
PER MAP OF MIDDLETOWN, MAP 4134-R

## PORTION OF STATE STREET

**PARCEL 4:**

THAT PORTION OF **STATE STREET** IN NEW SAN DIEGO, ACCORDING TO MAP
THEREOF NO. 456 MADE BY A. B. GRAY AND T. D. JOHNS, FILED IN THE OFFICE
OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA, LYING:

SOUTHERLY OF THE LINE BETWEEN THE NORTHEAST CORNER OF BLOCK 54
AND THE NORTHWEST CORNER OF BLOCK 55, BOTH IN SAID MAP NO. 456;

EASTERLY OF THE EASTERLY LINES OF BLOCKS 54 AND 43 IN SAID MAP NO.
456 AND OF THE LINE BETWEEN THE SOUTHEAST CORNER OF BLOCK 54 AND
THE NORTHEAST CORNER OF BLOCK 43;

WESTERLY OF THE WESTERLY LINES OF BLOCKS 55 AND 42 IN SAID MAP NO.
456 AND OF THE LINE BETWEEN THE SOUTHWEST CORNER OF BLOCK 55 AND
THE NORTHWEST CORNER OF BLOCK 42;

AND NORTHERLY OF THE LINE BETWEEN THE SOUTHEAST CORNER OF LOT K
IN BLOCK 43 AND THE SOUTHWEST CORNER OF LOT B IN BLOCK 42.

AREA: 0.8178 ACRES

3-16-2009
DATE

GARY A. LINTVEDT, LS 4593
MY LICENSE EXPIRES 9/30/2010

EXHIBIT VI TO SCHEDULE C



A PORTION OF STATE STREET
PER MAP NO. 456, NEW SAN DIEGO

PARCEL AREA:
PARCEL 4 = 0.8178 ACRES

CITY OF SAN DIEGO
FEDERAL COURTHOUSE PROJECT

| DATE:3-16-09 | W.O. 12677 | DRFT: MC | CHK'D BY: BS |

LINTVEDT, McCOLL
& ASSOCIATES

- PLANNING
- CIVIL ENGINEERING
- LAND SURVEYING

2810 Camino Del Rio South, Suite 200, San Diego, CA 92108 ◾ (619)294-4440 ◾ Fax(619)294-4442

## SCHEDULE D

The spaces identified by Parcel numbers 1, 2a, 2b, 2c, 3 and 4 on "Union" Street, "E" Street, Broadway Street and State Street on the attached plan indicate the areas which are the subject of this proceeding.



## SCHEDULE E

The estates taken in each of the properties are as follows:

A.    Union Street - Parcel 1:

Fee simple subject to:

1.    An electric line easement for the benefit of the SAN DIEGO GAS & ELECTRIC
COMPANY (SDG&E) between F Street and E Street to use the existing electric
line in place, and upon giving 24 hours advance notice (unless an emergency
otherwise requires) to the GSA Property Manager of the San Diego Courthouse
and Federal Building and to the Metropolitan Correctional Center, to access,
excavate for, operate, repair, replace, change the size of, and maintain the existing
high voltage lines and all fixtures, equipment and appurtenances thereto, which
serve the Metropolitan Correctional Center Building in Block 42 and the
Schwartz Federal Building in Block 41, without unreasonable interference with
the United States' use of the land, with a duty to restore the property to
substantially the condition which existed prior to any work being done by the
easement holder, and in any event, emergency or not, without blocking ingress
and egress to the adjoining federal buildings, together with

    a)    the right of ingress and egress, over, under, along and across Union
Street between F and E Streets for purposes of this easement;

    b)    the right to keep the area directly above the electric line clear of
any explosives, materials, buildings or other permanent structures;

    c)    the right to prohibit directly above the electric line the erection,
placement or construction of buildings or other permanent
structures, or the planting of new trees, or the impoundment or
storing of water or other fluids, or the drilling or digging of a well;

    d)    the right to prohibit directly above the electric line any change in
the ground surface elevation, or any penetration of the ground in
any manner to a depth in excess of 18 inches, without written
consent of SDG&E, which written consent will not be
unreasonably withheld;

    e)    the right to prohibit directly above, at or below the electric line the
granting or dedication of any easement or easements other than
those mentioned herein without written consent of SDG&E, which
written consent will not be unreasonably withheld.

2.    A 2" gas line easement for the benefit of the SAN DIEGO GAS & ELECTRIC
COMPANY (SDG&E) between F Street and E Street to use the existing gas line
in place, and upon giving 24 hours advance notice (unless an emergency
otherwise requires) to the GSA Property Manager of the San Diego Courthouse
and Federal Building, to access, excavate for, operate, repair, replace, change the
size of, and maintain the existing gas line and all fixtures, equipment and

appurtenances thereto, which serve the Schwartz Federal Building in Block 41, without unreasonable interference with the United States' use of the land, with a duty to restore the property substantially to the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress to the adjoining federal buildings together with

a)    the right of ingress and egress, over, under, along and across Union Street between F and E Streets for purposes of this easement;

b)    the right to keep the area directly above the gas line clear of any explosives, materials, buildings or other permanent structures;

c)    the right to prohibit directly above the gas line the erection, placement or construction of buildings or other permanent structures, or the planting of new trees, or the impoundment or storing of water or other fluids, or the drilling or digging of a well;

d)    the right to prohibit directly above the gas line any change in the ground surface elevation, or any penetration of the ground in any manner to a depth in excess of 18 inches, without written consent of SDG&E, which written consent will not be unreasonably withheld;

e)    the right to prohibit directly above, at or below the gas line the granting or dedication of any easement or easements other than those mentioned herein, including the fiber optic cable line easement and the chilled waterline easement, without written consent of SDG&E, which written consent will not be unreasonably withheld.

3.    A chilled water line easement for the benefit of NRG THERMAL, LLC. between F Street and the line between the southeast corner of Block 55 and the southwest corner of Block 56, to use the existing chilled water line in place, and upon giving 48 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, maintain, operate, repair, and reconstruct in place the existing line and all appurtenances thereto, without unreasonable interference with the United States' use of the land, with a duty to restore the property to the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress, and in cases of emergency without blocking emergency ingress and egress, to the adjoining federal buildings.

4.    A fiber optic cable easement for the benefit of VERIZON CALIFORNIA, INC. (formerly MCI) between Broadway and E Street, to use the existing fiber optic cable in place, and upon giving 48 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, maintain, operate, repair, and reconstruct in place the existing cable and all appurtenances thereto, without unreasonable interference with the United States' use of the land, with a duty to restore the property to the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress

and egress, and in cases of emergency without blocking emergency ingress and egress, to the adjoining federal buildings.

5.  A television cable easement for the benefit of COX COMMUNICATIONS, INC. between Broadway and F Street, to use the existing television cable in place, and upon giving 48 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, maintain, operate, repair, and reconstruct in place the existing cable and all appurtenances thereto, without unreasonable interference with the United States' use of the land, with a duty to restore the property to the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress, and in cases of emergency without blocking emergency ingress and egress, to the adjoining federal buildings.

6.  A temporary potable water line easement for the benefit of the CITY OF SAN DIEGO between Broadway and F Street to use the existing portable water line in place, and upon giving 48 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, maintain, operate, repair, and reconstruct in place the existing water line and all appurtenances thereto, without unreasonable interference with the United States' use of the land, with a duty to restore the property to substantially the condition (street pavement) which existed prior to any work being done by the easement holder (not including any enhancements placed after the date of the condemnation), and in any event, emergency or not, without blocking ingress and egress to the adjoining federal buildings.

   a)  the right of ingress and egress, over, under, along and across Union Street between Broadway and E Street for purposes of this easement; and

   b)  the right to prohibit directly above the water line easement the erection of buildings, masonry walls, and other permanent structures, or the planting of trees, or the changing of the surface grade.

   This easement shall be extinguished at no cost to the United States at such time as the water line is abandoned, and/or a Notice of Termination of Temporary Easement at No Cost, or such other similar instrument as required by the County Recorder, is filed by the United States after the waterline has been capped, but in no event later than three (3) years from the date the Declaration of Taking is recorded in the County land records.

7.  An electric easement for the benefit of the SAN DIEGO GAS & ELECTRIC COMPANY (SDG&E) in "Union" Street - Parcel 1 - to use the existing electric vaults and six 5" conduits and all fixtures, equipment and appurtenances thereto ("Facilities") in place, and upon giving 24 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, excavate for, operate, repair, and maintain the Facilities without unreasonable interference with the United States'

use of the land, with a duty to restore the property to substantially the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress to the adjoining federal buildings together with

  a)   the right of ingress and egress, over, under, along and across "Union" Street -Parcel 1 - for purposes of this easement;

  b)   the right to keep the area directly above the electric line clear of any explosives, materials, buildings or other permanent structures;

  c)   the right to prohibit directly above the Facilities the erection, placement or construction of buildings or other permanent structures, or the planting of new trees, or the impoundment or storing of water or other fluids, or the drilling or digging of a well;

  d)   the right to prohibit directly above the Facilities any change in the ground surface elevation, or any penetration of the ground in any manner to a depth in excess of 18 inches, without written consent of SDG&E, which written consent will not be unreasonably withheld;

  e)   the right to prohibit directly above, at or below the Facilities the granting or dedication of any easement or easements other than those mentioned herein, including the fiber optic cable line easement and the chilled waterline easement, without written consent of SDG&E, which written consent will not be unreasonably withheld.

B.   "E" Street - Parcel 2a:

Fee simple subject to:

A temporary easement for the benefit of the SAN DIEGO GAS & ELECTRIC COMPANY (SDG&E) as follows:

  •   an electric conduit, duct bank, and two (2) transformers for street lights between State and Union Streets (Electrical Facilities);

with the right to use the Electrical Facilities in place, and upon giving 48 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, excavate for, operate, repair, replace, and maintain the Electrical Facilities, and all fixtures, equipment and appurtenances thereto, without unreasonable interference with the United States' use of the land, including reasonable access thereto, with a duty to restore the property to the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress to the adjoining federal buildings together with

  a)   the right of ingress and egress, over, under, along and across "E" Street - Parcel 2a - in the areas specified respectively for each easement for purposes of each easement;

  b)   the right to prohibit directly above the Electrical Facilities any change in the ground surface elevation, or any penetration of the ground in any

manner to a depth in excess of 18 inches, without written consent of SDG&E;

    c)    the right to prohibit directly above, at or below the Electrical Facilities the granting or dedication of any easement or easements other than those mentioned herein without written consent of SDG&E;

The easement shall be extinguished at such time as the SDG&E and the United States agree in writing following the activation of a replacement line currently under design, or six (6) months from the date the Declaration of Taking is recorded in the County land records, whichever occurs first.

C.    "E" Street - Parcel 2b:

Fee simple subject to:

An electric easement for the benefit of the SAN DIEGO GAS & ELECTRIC COMPANY (SDG&E) in "E" Street - Parcel 2b - to use the existing electric vaults and six 5" conduits and all fixtures, equipment and appurtenances thereto (Facilities) in place, and upon giving 24 hours advance notice (unless an emergency otherwise requires) to the GSA Property Manager of the San Diego Courthouse and Federal Building, to access, excavate for, operate, repair, and maintain the without unreasonable interference with the United States' use of the land, with a duty to restore the property to substantially the condition which existed prior to any work being done by the easement holder, and in any event, emergency or not, without blocking ingress and egress to the adjoining federal buildings together with

    a)    the right of ingress and egress, over, under, along and across "E" Street - Parcel 2b - for purposes of this easement;

    b)    the right to keep the area directly above the Facilities clear of any explosives, materials, buildings or other permanent structures not already existing as of the date of the filing of this Declaration of Taking;

    c)    the right to prohibit directly above the Facilities the erection, placement or construction of buildings or other permanent structures, or the planting of new trees, or the impoundment or storing of water or other fluids, or the drilling or digging of a well;

    d)    the right to prohibit directly above the Facilities any change in the ground surface elevation, or any penetration of the ground in any manner to a depth in excess of 18 inches, without written consent of SDG&E, which written consent will not be unreasonably withheld;

    e)    the right to prohibit directly above, at or below the Facilities the granting or dedication of any easement or easements other than already existing and those mentioned herein without written consent of SDG&E, which written consent will not be unreasonably withheld.

D.    "E" Street – Parcel 2c:

All right, title and interest, if any, of the CITY OF SAN DIEGO to install, maintain,

operate, repair, replace and remove an existing sewer line located within the boundaries of Parcel 2c, together with necessary manholes and appurtenant rights;

E.      "Broadway" Street – Parcel 3, and State Street – Parcel 4:

A permanent easement for placement of subsurface tiebacks and shoring to support the wall of the adjoining federal building.

## SCHEDULE F

The City of San Diego and the United States have agreed that the just compensation for the taking of the City's interests that are the subject matter of this action is $1,024,883.  The just compensation for the taking of any and all other interests in the subject matter of this action is $1.00.

<u>SCHEDULE G</u>

Names and addresses of the parties who have or may claim an interest in the property:

A.   <u>"Union" Street (Parcel 1)</u>:

      1.    City of San Diego
           c/o Office of the City Attorney
           Attn: Christine Leone, Esq.
           Civic Center Plaza
           1200 Third Ave., #1620
           San Diego, CA 92101
           Tel: (619) 236-6220
           Fax: (619) 236-7215

      2.    George J. Malloy
           850 State Street #316
           San Diego, CA 92101
           (This is the address from the California Secretary of State website for Capri Hotel, for which a George J. Malloy is agent for service of process)

      3.    Maria Malloy
           UNKNOWN

      4.    Aida Gonzales
           UNKNOWN

      5.    SDG&E (address below received from SDG&E Attorneys)
           Attn: Andrew Cheung
           Sempra Energy Law Department
           101 Ash Street
           San Diego, CA 92101

      6.    Centre City Development Corporation
           The Redevelopment Agency of the City of San Diego
           225 Broadway, Suite 1100
           San Diego, CA 92101

      7.    NRG Thermal, LLC
           80 So. 8th St., Suite 2600
           Minneapolis, MN 55402-2200

8.   Cox Communications, Inc.
     Cox Communications
     1400 Lake Hearn Drive
     Atlanta, GA 30319

9.   Verizon California, Inc.

     The agent for service of process for Verizon is:

     C.T. Corporation
     818 West 7th Street
     Los Angeles, CA 90017

     The California Verizon Legal Department is:

     Verizon California, Inc.
     Attn:  Meryl Friedman
     112 Lakeview Canyon Road
     Thousand Oaks, CA 91362

B.   "E" Street (Parcel 2A):

1.   Redevelopment Agency
     City Operations Building
     1222 First Avenue – MS #500
     San Diego, CA 92101

2.   Redevelopment Agency of the City of San Diego
     c/o Centre City Development Corporation
     225 Broadway, Suite 1100
     San Diego, CA 92101

3.   Redevelopment Agency of the City of San Diego
     1200 Third Avenue, 14th Floor
     San Diego, CA 92101

4.   City of San Diego
     c/o Office of the City Attorney
     Attn:  Christine Leone, Esq.
     Civic Center Plaza
     1200 Third Ave., #1620
     San Diego, CA 92101
     Tel: (619) 236-6220
     Fax: (619) 236-7215

5.    SDG&E (address below received from SDG&E Attorneys)
       Attn:  Andrew Cheung
       Sempra Energy Law Department
       101 Ash Street
       San Diego, CA 92101

C.    "E" Street (Parcel 2B):

1.    City of San Diego
       c/o Office of the City Attorney
       Attn:  Christine Leone, Esq.
       Civic Center Plaza
       1200 Third Ave., #1620
       San Diego, CA 92101
       Tel: (619) 236-6220
       Fax: (619) 236-7215

D.    "E" Street (Parcel 2C):

1.    City of San Diego
       c/o Office of the City Attorney
       Attn:  Christine Leone, Esq.
       Civic Center Plaza
       1200 Third Ave., #1620
       San Diego, CA 92101
       Tel: (619) 236-6220
       Fax: (619) 236-7215

2.    The Heirs or Devisees of Frank M. Pixley

3.    The Redevelopment Agency of San Diego
       1200 Third Avenue, 14th Floor
       San Diego, CA 92101

E.    "Broadway" Street:

1.    City of San Diego
       c/o Office of the City Attorney
       Attn:  Christine Leone, Esq.
       Civic Center Plaza
       1200 Third Ave., #1620
       San Diego, CA 92101
       Tel: (619) 236-6220
       Fax: (619) 236-7215

2.    Heirs or Devisees of N. Steinmetz

D.    "State" Street:

1.    City of San Diego
      c/o Office of the City Attorney
      Attn:  Christine Leone, Esq.
      Civic Center Plaza
      1200 Third Ave., #1620
      San Diego, CA 92101
      Tel: (619) 236-6220
      Fax: (619) 236-7215

2.    Heirs or Devisees of N. Steinmetz

3.    Heirs or Devisees of John N. Kerr

4.    Redevelopment Agency of the City of San Diego
      1200 Third Avenue, 14th Floor
      San Diego, CA 92101

5.    San Diego Marina I
      UNKNOWN

6.    Heirs or Devisees of Thomas Larson

7.    Heirs or Devisees of Michael Keefe

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
See attachment

'09 CV 2323 BEN RBB

09 OCT 19 PM 2:51

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY: _____ DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 619-557-7140
Tom Stahl, Assistant U.S. Attorney, Chief, Civil Div., Office of the U.S. Attorney
880 FRONT STREET, RM 6293, SAN DIEGO, CA 92101

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)
(checkbox lists for Contract, Torts, Forfeiture/Penalty, Bankruptcy, Other Statutes, etc.)
☒ 210 Land Condemnation

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. Section 3114
Brief description of cause: 40: 258 ju

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Hon. James K. Singleton, District of Alaska
DOCKET NUMBER 07cv0078-JKS

DATE 10/19/2009
SIGNATURE OF ATTORNEY OF RECORD _Tom Stahl_
Tom Stahl, Assistant U.S. Attorney, Chief, Civil Div.
U.S. Attorneys Office

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT FOR THE

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    )   CIVIL CASE NO.:
                                                )
12              Plaintiff,                       )
                                                )
13      v.                                       )   ATTACHMENT TO CIVIL COVER
                                                )   SHEET
14 EASEMENTS ON 3.2983 ACRES OF LAND,          )
   MORE OR LESS, SITUATED IN THE CITY          )
15 OF SAN DIEGO, SAN DIEGO COUNTY,             )
   STATE OF CALIFORNIA, CITY OF SAN            )
16 DIEGO, GEORGE J. MALLOY, MARIA              )
   MALLOY, AIDA GONZALES, SAN DIEGO            )
17 GAS & ELECTRIC CO., CENTRE CITY             )
   DEVELOPMENT CORPORATION, NRG                )
18 THERMAL, LLC, COX COMMUNICATIONS,           )
   INC., VERIZON CALIFORNIA, INC.,             )
19 REDEVELOPMENT AGENCY OF THE CITY            )
   OF SAN DIEGO, HEIRS or DEVISEES OF          )
20 FRANK M. PIXLEY, HEIRS or DEVISEES          )
   OF N. STEINMETZ, HEIRS or DEVISEES          )
21 OF JOHN N. KERR, SAN DIEGO MARINA I,        )
   HEIRS or DEVISEES OF THOMAS LARSON,         )
22 HEIRS or DEVISEES OF MICHAEL KEEFE,         )
                                                )
23              Defendants.                      )
                                                )

24

25

26

27

28