# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 09cv2323-BEN(AJB) |
|---|---|
| Plaintiff, | |
| vs. | Order of Recusal and Reassignment |
| 3.2983 ACRES OF LAND, more or less, situated in the City of San Diego, San Diego County, State of California, et al., | |
| Defendants. | |

The Judges of the Court hereby recuse themselves from this case. Pursuant to 28 U.S.C. § 292(b), the Ninth Circuit Court of Appeals has designated the Honorable James K. Singleton of the United States District Court for the District of Alaska to preside over this case.

**IT IS SO ORDERED**.

**DATED: October 27, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge
United States District Court**

07cv78