1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 09CV2323-JKS |
| Plaintiff, ) | |
| v. ) | ORDER FOR DELIVERY OF POSSESSION |
| EASEMENTS ON 3.2983 ACRES OF LAND, ) MORE OR LESS, SITUATED IN THE CITY ) OF SAN DIEGO, SAN DIEGO COUNTY, ) STATE OF CALIFORNIA, CITY OF SAN ) DIEGO, GEORGE J. MALLOY, MARIA ) MALLOY, AIDA GONZALES, SAN DIEGO ) GAS & ELECTRIC CO., CENTRE CITY ) DEVELOPMENT CORPORATION, NRG ) THERMAL, LLC, COX COMMUNICATIONS, ) INC., VERIZON CALIFORNIA, INC., ) REDEVELOPMENT AGENCY OF THE CITY ) OF SAN DIEGO, HEIRS or DEVISEES OF ) FRANK M. PIXLEY, HEIRS or DEVISEES ) OF N. STEINMETZ, HEIRS or DEVISEES ) OF JOHN N. KERR, SAN DIEGO MARINA I, ) HEIRS or DEVISEES OF THOMAS LARSON,) HEIRS or DEVISEES OF MICHAEL KEEFE, ) ) Defendants. ) _____ ) | |

Presently before the Court is the Ex Parte Application for Order of Immediate Possession, by the Plaintiff, the United States of America, for an order for the surrender of the estate described in Schedule "E" of the Complaint filed herein, over and across the property described in Schedule "C" of the Complaint. It appearing that the United States is entitled to possession of such estate in, over and across the subject property,

//

1    IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the Subject Property shall surrender possession of the estate described in Schedule "E" of the Complaint in, over, and across the property described in Schedule "C" of the Complaint to Plaintiff immediately.  Plaintiff shall serve a notice of this order upon all persons in possession or control of the subject property forthwith.

IT IS SO ORDERED

November 10, 2009.                              /s/James K. Singleton _____
                                                HON. JAMES K. SINGLETON
                                                UNITED STATES DISTRICT JUDGE

2                                   Order for Delivery of Possession   09CV2323