*United States of America v. Easements on 3.2983Acres of Land, et al.*
Case No. 09cv2323 BEN (RBB)

## AMENDED DECLARATION OF SERVICE

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case: I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101-4100.

I, further declare that, on December 3, 2009, I electronically filed the **NOTICE OF APPEARANCE** with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California to the e-mail addresses as follows:

Tom Stahl
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 557-7738
(619) 557-5004
Thomas.Stahl@usdoj.gov
Attorney for Plaintiff United States of America

C. Larry Davis
Office of General Counsel
101 Ash Street, 11th Floor
San Diego, CA 92101
Tel: (619) 699-5023
Fax: (619) 696-4838
cldavis @sempra.com
Attorney for San Diego Gas & Electric

1

CASE NO. 09cv2323 BEN (RBB)

1  Shawn D. Hagerty
   Best Best and Krieger
2  655 West Broadway, 15th
   San Diego, Ca 92101
3  Tel: (619) 525-1300
   Fax: (619) 233-6118
4  Shawn.hagerty@bbklaw.com
5  Attorney for Center City Development Corporation.

6  I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct. Executed this 3rd day of December, 2009, at San Diego, California.

8
9  *[signature]*
10  Merlita C. Sarmiento
    E-mail msarmiento@sandiego.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28