1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CIVIL CASE NO. 09CV2323-JKS |
|                            ) | |
|            Plaintiff,      ) | |
|                            ) | |
|       v.                   ) | **DISCLAIMER OF INTEREST AND** |
|                            ) | **JOINT MOTION TO DISMISS PARTY** |
| EASEMENTS ON 3.2983 ACRES OF LAND, ) | |
| MORE OR LESS, SITUATED IN THE CITY ) | |
| OF SAN DIEGO, SAN DIEGO COUNTY,    ) | |
| STATE OF CALIFORNIA, CITY OF SAN   ) | |
| DIEGO, GEORGE J. MALLOY, MARIA     ) | |
| MALLOY, AIDA GONZALES, SAN DIEGO   ) | |
| GAS & ELECTRIC CO., CENTRE CITY    ) | |
| DEVELOPMENT CORPORATION, NRG       ) | |
| THERMAL, LLC, COX COMMUNICATIONS,  ) | |
| INC., VERIZON CALIFORNIA, INC.,    ) | |
| REDEVELOPMENT AGENCY OF THE CITY   ) | |
| OF SAN DIEGO, HEIRS or DEVISEES OF ) | |
| FRANK M. PIXLEY, HEIRS or DEVISEES ) | |
| OF N. STEINMETZ, HEIRS or DEVISEES ) | |
| OF JOHN N. KERR, SAN DIEGO MARINA I, ) | |
| HEIRS or DEVISEES OF THOMAS LARSON,) | |
| HEIRS or DEVISEES OF MICHAEL KEEFE, ) | |
|                                    ) | |
|            Defendants.             ) | |
| _____ ) | |

COMES NOW, Defendant, Centre City Development Corporation, by and through its counsel, Best Best & Krieger, and Shawn Hagerty, and hereby disclaims any right, title, claim or interest in the subject property, more particularly described in the Declaration of Taking and Complaint filed herein.  Defendant, Centre City Development Corporation, further disclaims any right, title, claim or interest in the compensation paid or to be paid in this case.

Based upon the above disclaimer of interest, the Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Tom Stahl, Assistant United States Attorney, and Defendant, Centre City Development Corporation, by and through its counsel, Best Best & Krieger, and Shawn Hagerty, hereby jointly move this Court to dismiss Defendant, Centre City Development Corporation from this suit.

DATED: December 9, 2009        BEST BEST & KRIEGER LLP

                          BY:  /s/Shawn Hagerty
                               SHAWN HAGERTY
                               Attorneys for Defendant
                               Centre City Development Corporation
                               Shawn.Hagerty@bbklaw.com

DATED: December 9, 2009        KAREN P. HEWITT
                               United States Attorney

                                /s/ Tom Stahl
                               TOM STAHL
                               Assistant U. S. Attorney
                               Chief, Civil Division

                               Attorneys for Plaintiff
                               Thomas.Stahl@usdoj.gov

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Shawn Hagerty to affix his electronic signature to this document.

DATED:  December 9, 2009       KAREN P. HEWITT
                               United States Attorney

                                /s/ Tom Stahl
                               TOM STAHL
                               Assistant U. S. Attorney
                               Chief, Civil Division

                               Attorneys for Plaintiff
                               Thomas.Stahl@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )   CIVIL CASE NO. 09CV2323-JKS
                                       )
11                  Plaintiff,         )
                                       )
12      v.                             )
                                       )
13 EASEMENTS ON 3.2983 ACRES OF LAND,  )
   MORE OR LESS, SITUATED IN THE CITY  )
14 OF SAN DIEGO, SAN DIEGO COUNTY,     )
   STATE OF CALIFORNIA, CITY OF SAN    )
15 DIEGO, GEORGE J. MALLOY, MARIA      )
   MALLOY, AIDA GONZALES, SAN DIEGO    )   CERTIFICATE OF SERVICE
16 GAS & ELECTRIC CO., CENTRE CITY     )
   DEVELOPMENT CORPORATION, NRG        )
17 THERMAL, LLC, COX COMMUNICATIONS,   )
   INC., VERIZON CALIFORNIA, INC.,     )
18 REDEVELOPMENT AGENCY OF THE CITY    )
   OF SAN DIEGO, HEIRS or DEVISEES OF  )
19 FRANK M. PIXLEY, HEIRS or DEVISEES  )
   OF N. STEINMETZ, HEIRS or DEVISEES  )
20 OF JOHN N. KERR, SAN DIEGO MARINA I,)
   HEIRS or DEVISEES OF THOMAS LARSON, )
21 HEIRS or DEVISEES OF MICHAEL KEEFE, )
                                       )
22                  Defendants.        )
   _____)
23

24      IT IS HEREBY CERTIFIED that:

25      I, the undersigned, am a citizen of the United States and am at least eighteen years of

26 age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

27

28                              - 3 -                              09CV2323

I am not a party to the above-entitled action.  I have caused service of:

      DISCLAIMER OF INTEREST AND JOINT MOTION TO DISMISS PARTY

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Defendant Centre City Development Corporation
SHAWN HAGERTY
BEST BEST & KRIEGER
Shawn.Hagerty@bbklaw.com

Defendant San Diego Gas & Electric Company
C. LARRY DAVIS
Office of General Counsel
Sempra Energy
cldavis@sempra.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 9, 2009.

                                                  /s/   Tom Stahl
                                                  Tom Stahl
                                                  Assistant U.S. Attorney
                                                  Thomas.Stahl@usdoj.gov